UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICHARD S.,

                Petitioner,

      vs                                         9:04-CV-1403

SHARON CARPINELLO, RN, PhD., Commissioner,
New York State Office of Mental Health; and JAMES
SPOONER, Executive Director, St. Lawrence
Psychiatric Center,

                Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

MENTAL HYGIENE LEGAL SERVICES      DENNIS B. FELD, ESQ.
Attorneys for Petitioner                      ARTHUR A. BAER, ESQ.
Suite 500
170 Old Country Road
Mineola, NY 11501

HON. ANDREW M. CUOMO                KELLY L. MUNKWITZ, ESQ.
Attorney General of the                   Asst. Attorney General
  State of New York
Attorney for Respondents
Department of Law
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

      The petitioner, Richard S., brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in the above action. By a report recommendation dated March 17, 2008, the Honorable George H. Lowe, United States Magistrate Judge, recommended that the petition for a writ of habeas corpus be denied and dismissed. Petitioner has filed timely objections to the report and recommendation.

Based upon a de novo determination of the report and recommendation, including the portions to which petitioner has objected, the Report-Recommendation is accepted and adopted in whole.  See 28 U.S.C. 636(b)(1); Rule 10, Rules Governing Section 2254 Cases.

Therefore, it is

ORDERED that

1.  The petition of Richard S. is DENIED and DISMISSED in all respects; and

2.  The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

Dated:   July 22, 2008
        Utica, New York.

United States District Judge